# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| DARNELL L. HARRIS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | CV417-233 |
| JOHN WILCHER, *Sheriff*, | ) ) ) | |
| Defendant. | ) | |

FILED
Scott L. Poff, Clerk
United States District Court

By James Burrell at 4:12 pm, Jan 19, 2018

## **ORDER**

This Court granted plaintiff Darnell Harris permission to proceed *in forma pauperis* in his 42 U.S.C. § 1983 action, and ordered him to complete and return copies of his Prisoner Trust Fund Account Statement and Consent to Collection of Fees from Trust Account forms. Doc. 3. He has only returned the Prisoner Trust Fund Account Statement. Doc. 4. Giving Harris the benefit of the doubt that his failure to return the Consent to Collection of Fees form was an oversight, the Court will give him more time to return that form. The Clerk is **DIRECTED** to serve plaintiff with a copy of the Consent to Collection of

Fees form, and plaintiff is **ORDERED** to return that form within thirty days of service of this Order.

**SO ORDERED**, this __19th__ day of January, 2018.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA